**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

HARLIS ANAIN RIVERA SANTOS and
OSCAR MATAMOROS, by and through
their next friend, EMILY CHAFFIN,

Petitioners,

v. CIVIL ACTION NO. 3:26-0551

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending is Petitioner **Oscar Matamoros**'s Motion for Extension of Time to File Response Brief. ECF No. 18. Petitioner moves for a one-week extension of time, up to and including, Friday November 13, 2026, to respond to Respondents' Motion to Re-arrest and Detain, ECF No. 16.

Petitioner states that "[e]ffectively responding to Respondents' motion . . . will involve consultation with the client, thoroughly evaluating the circumstances of the removal order and the adequacy of any notice (or lack thereof) provided to Petitioner, and thorough briefing in this Court

and, potentially, the immigration court as well." *Id.* at 2; *see also Hernandez-Herrera v. Mason*, No. 2:26-cv-0109, ECF Nos. 18-28. Petitioner also notes that lead counsel is balancing other obligations in other habeas matters as well as federal and state criminal matters.

Accordingly, the Court **GRANTS** Petitioner's Motion. ECF No. 18. In lieu of the previously ordered deadlines, **IT IS HEREBY ORDERED** that:

1. Petitioner shall file a Response to Respondents' Motion, ECF No. 16, by **Friday, November 13, 2026, at 9:00 AM**.
2. Respondents shall file a Reply to Petitioner's Response, if any, by **Wednesday, November 18, 2026, at 12:00 PM**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 5, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE